William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION        21 MC 102 (AKH)

———————————————————X

MANUEL TENEZACA

                                                    NOTICE OF THE
                                                    BROOKFIELD
              V.                                     PARTIES' ADOPTION
                                                    OF AMENDED ANSWER
                                                    TO MASTER
                                                    COMPLAINT

4101 AUSTIN BLVD CORPORATION, ET. AL.,
                                                    CASE NUMBER: (AKH)
                                                    07 CV 05321
———————————————————X

     PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., Brookfield Properties One WFC Co. LLC f/k/a WFP Tower A Co. L.P. and Brookfield Properties One WFC G.P. Corp. f/k/a WFP Tower A Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

     WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
       October __18__ 2007

                        Faust, Goetz, Schenker & Blee, LLP

                        By: William J. Smith (WJS-9137)
                        Attorneys for the Brookfield Parties
                        Two Rector Street, 20th Floor
                        New York, NY 10006
                        (212) 363-6900